UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **DOCKET NO. 3:11CR7** |
| V. | ORDER |
| **JAMES FARRIS HODGES** | |

This **MATTER** is before the court upon remand from the United States Court of Appeals for the Fourth Circuit for additional proceedings

**IT IS THEREFORE ORDERED** that the United States Marshal have the defendant, **JAMES FARRIS HODGES, 3:11CR7,** present in Charlotte, North Carolina forthwith, but not later than April 22, 2015. Mr. Hodges is housed in North Carolina State Court.

The Clerk is directed to certify copies of this order to Defendant, Counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office, and the Clerk of the United States of Appeals for the Fourth Circuit.

**IT IS SO ORDERED.**

Signed: April 9, 2015

Frank D. Whitney
Chief United States District Judge